UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
AMMEX CORPORATION,

                        Movant,                  **ORDER**

    -against-                                     24 Misc. 84 (KMK)(JCM)

NY HEALTHLIFE, LLC,

                        Respondent.
---------------------------------------------------------X

       On February 22, 2024, AMMEX Corporation filed its Motion to Compel Compliance with Subpoena to NY Healthlife, LLC, ("Motion"). (Docket No. 1).  NY Healthlife, LLC is directed to file a response to this Motion by March 12, 2024, and AMMEX Corporation's reply, if any, is due by March 19, 2024.

       AMMEX Corporation is further directed to serve a copy of this Order on NY Healthlife, LLC and file proof of service with the Court by February 29, 2024.

Dated:  February 27, 2024
           White Plains, New York

                                                            SO ORDERED:

                                                             _____
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge